# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAUL F. ZUNIGA, in his individual and representative capacity as trustee of the Zuniga Family Trust; ACHARA R. ZUNIGA, in individual and representative capacity as trustee of the Zuniga Family Trust; RAUL ZUNIGA; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-04333-JAK-JC<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE**<br><br>**JS-6** |

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: February 20, 2015　　_____
　　　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE